UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

RONI COHEN-PAVON,
                    Defendant.
-----------------------------------------------------------------X

23 cr 347 (JGK)

**ORDER**

       The Clerk is directed to publicly file on the docket the minute entry of the arraignment before the Honorable Valerie Figueredo, on September 5, 2023.

**SO ORDERED.**

                                               JOHN G. KOELTL
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 15, 2023