# Dechert
LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

---

**JEFFREY A. BROWN**

jeffrey.brown@dechert.com
+1 212 698 3511  Direct
+1 212 698 3599  Fax

September 13, 2024

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

     Re:    *United States v. Roni Cohen-Pavon, 1:23-cr-00347-JGK*

Dear Judge Koeltl:

    We represent defendant Roni Cohen-Pavon ("Mr. Cohen-Pavon") in the above-captioned action. Mr. Cohen-Pavon's conditions of release permit him to travel within Israel, the Southern District of New York, the Eastern District of New York, and points in between for purposes of travel to the Southern District of New York.

    We write on Mr. Cohen-Pavon's behalf to request permission for travel from Israel to Singapore on September 16, 2024 through September 20, 2024 for business purposes, including a layover in Bangkok, Thailand, as there are no direct flights between Israel and Singapore.[1]

    Pretrial Services Officer Assistant Taelor Nisbeth was contacted regarding the travel request and took no position on the request, deferring to the Government's position. We have discussed this request with AUSAs Adam Hobson and Peter Davis, who do not object to Mr. Cohen-Pavon's travel request.

**APPLICATION GRANTED
SO ORDERED**

9/13/24    John G. Koeltl, U.S.D.J.

---

[1] These dates reflect the time of Mr. Cohen-Pavon's proposed travel in the Israeli time zone.



The Honorable John G. Koeltl
United States District Judge
September 13, 2024
Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Jeffrey A. Brown*

Jeffrey A. Brown

cc: All counsel of record (*via ECF*)
    Pretrial Services Officer Assistant Taelor Nisbeth (*via email*)