

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

April 23, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Alexander Mashinsky*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

    Please find enclosed a letter on behalf of the Litigation Administrator for the bankruptcy estates of Celsius Network LLC, submitted in connection with the sentencing of defendant Alexander Mashinsky, scheduled for May 8, 2025.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney

by:  /s/_____
              Allison Nichols
              Adam S. Hobson
              Peter J. Davis
              Assistant United States Attorneys
              (212) 637-2366 / 2484 / 2468

cc: Defense Counsel (by ECF)

Enclosure