| | |
|---|---|
| **Date:** | Thu, 24 Apr 2025 7:27:16 PM (UTC) |
| **Sent:** | Thu, 24 Apr 2025 7:25:40 PM (UTC) |
| **Subject:** | [EXTERNAL] Fwd: Mashinsky Victim Impact Statement |
| **From:** | CalifornianKing |
| **To:** | Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov >; |
| **Attachments:** | Mashinsky Victim Impact Statement (1).pdf |

Dear Valen Defendre,
Please see the attached victim impact statement for Mr. Mashinsky's sentencing. My understanding was that although the deadline to submit them has passed, you are still accepting them.

Best Regards,
Daniel Frishberg,

April 24, 2025

The Honorable Judge John G. Koeltl

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

**USA v. Mashinksy et al. (Case No. 23-00347)**

To the Honorable Judge Koeltl,

I was one of the hundreds of thousands of victims of Alex Mashinsky. I am writing to you to encourage you to give him the maximum sentence possible.

Mr. Mashinsky's actions have caused me significant financial, and emotional hardships. Just days before Celsius paused withdrawals I graduated from high school. The money I deposited at Celsius was what I saved from years of working odd jobs, birthday presents, etc. I saved it by being frugal with my money, and saving it instead of spending it on things such as clothes, fast food, etc. Mr. Mashinsky's statements about Celsius being "safer than a bank" caused me to keep my money in Celsius instead of withdrawing it. Mr. Mashinsky's actions cost me not only the cryptocurrency I deposited on Celsius, but all the experiences, and material goods I gave up to obtain said crypto.

After learning about what went on at Celsius, including specifically Mr. Mashinsky's knowingly false representations, it made me feel stupid for falling for this scam. It caused me a

significant amount of stress and anxiety due to losing access to my crypto— as it was a significant majority of my life savings. I was extremely fortunate that my family was covering my expenses such as tuition for university.

In the end, after Celsius' bankruptcy fully wrapped up, and I received my distribution, I recovered approximately 30% of the crypto that I deposited (using conversion rates of ETH to BTC at the date of when I got the distribution). The recovery percentage cited by the LOC (and others) is dollarized, but the actual losses were greater due to the significant appreciation in value of crypto since the petition date.

Mr. Mashinsky's lack of an apology, or anything resembling remorse added insult to injury. Contrary to what some letters sent by people in support of Mr. Mashinsky say, **he has not apologized once to the victims of his actions**. Mr. Mashinsky did not at any point prior to being criminally charged show a single ounce of remorse for his actions, and I believe any apologies/purported remorse he may have shown as he pleaded guilty is not genuine.

As I am sure this court is aware, every single person writing letters in support of Mr. Mashinsky has benefited financially from his actions, since they're either related to him, worked at Celsius being paid overly generous salaries, benefited from his manipulation of the CEL token, or are/were what I would consider unindicted co-conspirators in the manipulation of the price of the CEL token. CEL went from ~$0.28 on the day of the Pause to ~$0.81 on the date of the petition[1]. Messrs Otis Davis, and Zach Wildes both communicated with Mr. Mashinsky,

---

[1] https://www.nysb.uscourts.gov/sites/default/files/opinions/312902_4089_opinion.pdf.

including between the Pause and the Petition date (as well as after). They are attempting to whitewash Mr. Mashisnky's actions, and by extension their own.

I am lucky that I am young, and have plenty of time to make back the money I lost due to naively trusting Mr. Mashinsky— many are not as fortunate— as you doubtlessly have read in other victim impact statements. Regardless, proportionally speaking, I incurred significant losses. Mr. Mashinsky chose to knowingly lie hundreds, if not thousands of times to customers such as myself. Many of the people who participated in this fraud, benefited from this fraud, and potentially orchestrated this fraud will get away with zero legal consequences. Please do not allow Mr. Mashinsky to be one of those people (such as with probation/house arrest, as some people supporting him have requested). Please throw the book at him.

Respectfully Submitted,

Daniel Frishberg

/s/*Daniel Frishberg*

04/24/2025

Hillsborough County, Florida

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse, Courtroom 14A
500 Pearl St.
New York, NY 10007-1312

**Dear Judge G. Koeltl,**

      I am writing as a victim, investor, and user of Celsius Network to provide my perspective on Alex Mashinsky and the company's collapse. For the past five years, I have supported creditors by analyzing bankruptcy filings and engaging with former employees to understand the events that transpired.

I respectfully request leniency for Mr. Mashinsky for several reasons. First, as part of his plea deal, he has committed to returning all earnings, resulting in personal financial losses greater than those of creditors. Second, while he has pleaded guilty and bears responsibility as CEO, the extraordinary macroeconomic environment, his clean criminal record, his proven entrepreneurial track record, and the challenges of operating a startup in an unregulated industry that attracted both innovation and rampant speculation should be considered. Additionally, Mr. Mashinsky has faced significant public shaming, social stigma, and threats of violence against his children and his wife's business, compounding the consequences of his actions.

## Macroeconomic Context

The collapse of Celsius Network must be viewed in the context of the economic turmoil of 2022. The war in Ukraine disrupted global trade, rampant inflation gripped markets, and the Federal Reserve raised interest rates to levels not seen since the 1990s. These conditions severely impacted the speculative and often manipulated cryptocurrency industry, contributing to the downfall of multiple banks and crypto firms.

## My Experience as a Celsius User

As an informed user of Celsius Network, I closely monitored the company's practices, read the Terms of Service, and actively managed my investments. This diligence allowed me to withdraw most of my funds during the Luna collapse. However, even I could not anticipate the extent of Mr. Mashinsky's overly optimistic statements and borderline misrepresentations, which contributed to his current legal situation and guilty plea.

**Causes of the Collapse**

Contrary to some claims, Mr. Mashinsky did not steal assets. The collapse stemmed primarily from two counterparties: Equities First Holdings (EFH) and Tether. Celsius took a loan from EFH secured by Bitcoin, but when the loan was repaid, EFH failed to return the collateral, resulting in a loss of $361 million and 3,765 BTC (valued at approximately $331 million at $88,000 per BTC). Separately, Tether issued margin calls on an $841 million loan during the Luna collapse. After Celsius exhausted its liquidity, Tether liquidated the collateral, destroying 57,400 BTC (worth $5.05 billion today). These events, combined with inadequate risk management and due diligence, led to the company insolvency.

**Could Bankruptcy Have Been Avoided?**

In hindsight, Celsius financial mismatch at the time of filing, coupled with violations of state laws, made bankruptcy unavoidable. Had tougher decisions been made in late 2021 or had shareholders aligned to support the company, Celsius might have survived and returned assets in full. I believe Mr. Mashinsky, with his experience today, would make those difficult decisions.

**A Case for Leniency**

While Celsius collapse caused significant losses, particularly for Bitcoin holders, shareholders, and borrowers, despite his mistakes, Mr. Mashinsky was, at times, the more conservative voice in an industry overflowing with unchecked greed.

His contributions as an entrepreneur and his potential to create value in the U.S. tech sector remain significant. Incarceration would not serve as well as enabling him to rebuild and repay that debt through productive work and restitution.

I believe Mr. Mashinsky's remorse, his willingness to give all he earned for his years of work in Celsius Network, and his capacity to drive innovation warrant leniency.

**Sincerely,**

Artur Abreu

Artur Abreu

| Date: | Thu, 24 Apr 2025 10:05:00 PM (UTC) |
|---|---|
| Sent: | Thu, 24 Apr 2025 10:04:43 PM (UTC) |
| Subject: | [EXTERNAL] Celsius Network Victim impact statement |
| From: | Rien Vanmarcke |
| To: | Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov >; |

Hi Ms Defendre
I had previously written a victim impact statement, but I realized that it was more a recounting of the fraud, instead of the impact it had on me and my family and friends that I dragged into this.
So here is a new victim impact statement from me, a proper one this time.


The Honorable John G. Koeltl
United States District Court
Southern District of New York


Dear Judge Koeltl,

I write to convey how Alex Mashinsky's fraud and the bankruptcy process compounded to devastate victims like me.

Personal Harm

I lost the majority of my savings because I believed Mr. Mashinsky's repeated lies about "safe" institutional counterparties, "proper collateralization," and his supposed altruism. He weaponized his image as a "family man" and "visionary," even parading his children in promotional material to feign trustworthiness. During weekly YouTube AMAs, he flaunted his Hampton villa and Manhattan penthouse while claiming he "didn't need the money", a calculated performance to lure hardworking people like me.

Tragically, I convinced my aging mother and close friends to invest their savings based on his promises of security and fairness. When Celsius collapsed, I had to tell them it was all a lie. The guilt of failing those who trusted me still haunts me.

Emotional Toll

The bankruptcy process deepened the betrayal. Our claims were locked at the crypto market's lowest point in 2022, but then paid out to us at 2024 local highs, effectively stealing 75% of our savings in the process. The people who this really maximized value for, were the enriched lawyers and executives, paying themselves way more than market average for these types of company on the NASDAQ. Leaving us with untradable shares in a mining venture run by similar opportunists.

Mashinsky's cruelty didn't end with the collapse. His family mocked victims with "unbankrupt yourself" merchandise funded by stolen savings, while flaunting luxury lifestyles online, for his wife and children. At my lowest, I questioned how I could have been so naive. Relationships were fractured under the weight of shame and distrust.

A System Rigged Against Victims

Certain creditors claim that Mashinsky "did no wrong" , which is grotesque. It exposes either ignorance, or complicity. And most likely it is the latter, as they were also the same ones that were pushing an unethical CEL token squeeze. Most likely they are rewarded by Mashinsky for that behavior, as the Mashinskys happily kept selling $CEL, all the way up to the top during that CEL Squeeze scheme. To blame "counterparties" ignores Mashinsky's lies about risk, fabricated balance sheets, and deliberate targeting of retirees and families, without an ounce of shame or guilt displayed. It is true, though, that he did not act solely. He had 2 co-founders who seem to be escaping any scrutiny in all this. But That Nuke Goldstein guy, the CTO, was definitely working harder on embezzlement, than financial tech innovation.

Mashinsky didn't just fail, he lied and betrayed 100-thousands of people, across the world. He promised safety while gambling with our savings. He assured transparency while hiding billions in liabilities. Furthermore, he pleaded guilty because the evidence was overwhelming, not out of remorse.

A Plea for Justice

Mashinsky's sentence must reflect the unique viciousness of his crimes. Unlike other fraudsters, he weaponized trust, his fake success, and family values to prey on vulnerable people. His "apology" is a performance. Our suffering is real.

I urge you to:

- Impose a sentence ensuring he never controls others' finances
- Reject leniency pleas that trivialize systemic theft
- Condemn the exploitation of "family values" to commit fraud

Thank you for hearing my story.

Respectfully submitted,

Rien Vanmarcke

| Date: | Thu, 24 Apr 2025 1:54:05 AM (UTC) |
|---|---|
| Sent: | Thu, 24 Apr 2025 1:53:46 AM (UTC) |
| Subject: | [EXTERNAL] Alex Mashinsky/Celsius Network LLC |
| From: | Bugout Fozzy ▇▇▇▇▇▇▇ |
| To: | Olsen, Wendy (USANYS) <Wendy.Olsen@usdoj.gov >; |

Hello,

I just wanted to reach out again and ask that the victims of these crimes committed by Alex Mashinsky not be forgotten. It would be easy for the government to just take assets belonging to Alex and call it good. I ask that you not allow that to happen. He deserves to go to prison. For a substantial amount of time.

The last few years have been incredibly difficult to bounce back. I lost everything. And it wasn't as though I was an uneducated investor. I took $25k in crypto assets to $480k in crypto assets in a short period of time. I simply moved those assets to Celsius Network to earn yield during the bear market. I timed it perfectly because of my knowledge of cryptocurrency and being a Series 3 commodity broker who works on technical analysis constantly. I was fraudulently mislead and stolen from. I still cannot believe the bankruptcy judge gave Celsius title to our assets. It makes me wonder why, but I think we all know why. Everyone involved, accept the customer, has made massive amounts of money during this bankruptcy. Please do not look past these actors as well. I ask that you hold Alex Mashinsky accountable to the highest degree of the law. He took lives. A number of suicides have been reported of customers of Celsius Network. Generational wealth. Many lost not only opportunities for themselves, but their children as well. Retirement funds. Many elderly customers who had their retirement funds invested in Celsius Network are now homeless and have lost everything. This is not an instance of a fine and a slap on the wrist will do. Send this derelict to prison for as long as possible. Thank you. Travis Rodgers

| Date: | Fri, 25 Apr 2025 2:54:23 PM (UTC) |
|---|---|
| Sent: | Fri, 25 Apr 2025 2:54:01 PM (UTC) |
| Subject: | [EXTERNAL] Victim Impact Statement – Celsius Network Fraud |
| From: | Geoffrey Cirkel ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| To: | Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov >; |
| Attachments: | Victim Impact Statement – Celsius Network Fraud.pdf |

## Victim Impact Statement – Celsius Network Fraud

Dear Valeen Defendre,

My name is Geoffrey Cirkel from the Netherlands, and I am a victim of the Celsius Network fraud orchestrated under the leadership of Alex Mashinsky. I lost **five Bitcoin** in total—nearly all of my life savings—due to the lies, manipulation, and reckless disregard for the truth shown by Mr. Mashinsky and his team.

In the final days before Celsius froze withdrawals, I sent **three Bitcoin**—representing years of hard work and savings, including money set aside for my children's college education—to what I believed was a trustworthy platform. I made that transfer **on the Friday before Celsius declared bankruptcy** the following Monday, completely unaware that behind closed doors, the company was collapsing. There was no warning. No truth. No integrity. Just false promises, marketing spin, and silence.

Alex Mashinsky repeatedly assured the public that Celsius was "safer than a bank," even while he knew the platform was insolvent. He went on live interviews, attended AMAs, tweeted reassurances—giving people like me false hope and a dangerous sense of security. If he had been honest—even once—I, and countless others, could have withdrawn our funds and preserved something for our families. But he chose lies, right until the very last moment.

What hurts the most is not just the money—it's what that money represented: the security of my family, the education of my children, and the belief that the financial system, even in the crypto space, had some basic level of transparency and ethics. I entrusted Celsius with those funds in good faith. I believed no one could be so brazen as to commit fraud so publicly, so shamelessly.

To this day, Mr. Mashinsky has not apologized. He has not shown remorse. He has not even acknowledged the pain and suffering he caused to thousands of people who trusted him. The absence of accountability makes the wound even deeper.

I am now forced to start over financially, as a parent, as a provider, as a human being who once had faith in innovation and progress. I am trying to rebuild not only my financial life, but also my ability to trust. The emotional and psychological toll of this betrayal is profound and ongoing.

I urge the court to recognize the full extent of the damage Alex Mashinsky has caused. His actions were not a simple business failure—they were calculated lies that ruined lives. He must be held accountable not only for the crimes committed, but for the very human devastation left in their wake.

Sincerely,
Geoffrey Cirkel

Dear Wendy Olsen,

My name is Geoffrey Cirkel from the Netherlands, and I am a victim of the Celsius Network fraud orchestrated under the leadership of Alex Mashinsky. I lost five Bitcoin in total—nearly all of my life savings—due to the lies, manipulation, and reckless disregard for the truth shown by Mr. Mashinsky and his team.

In the final days before Celsius froze withdrawals, I sent three Bitcoin—representing years of hard work and savings, including money set aside for my children's college education—to what I believed was a trustworthy platform. I made that transfer on the Friday before Celsius declared bankruptcy the following Monday, completely unaware that behind closed doors, the company was collapsing. There was no warning. No truth. No integrity. Just false promises, marketing spin, and silence.

Alex Mashinsky repeatedly assured the public that Celsius was "safer than a bank," even while he knew the platform was insolvent. He went on live interviews, attended AMAs, tweeted reassurances—giving people like me false hope and a dangerous sense of security. If he had been honest—even once—I, and countless others, could have withdrawn our funds and preserved something for our families. But he chose lies, right until the very last moment.

What hurts the most is not just the money—it's what that money represented: the security of my family, the education of my children, and the belief that the financial system, even in the crypto space, had some basic level of transparency and ethics. I entrusted Celsius with those funds in good faith. I believed no one could be so brazen as to commit fraud so publicly, so shamelessly.

To this day, Mr. Mashinsky has not apologized. He has not shown remorse. He has not even acknowledged the pain and suffering he caused to thousands of people who trusted him. The absence of accountability makes the wound even deeper.

I am now forced to start over financially, as a parent, as a provider, as a human being who once had faith in innovation and progress. I am trying to rebuild not only my financial life, but also my ability to trust. The emotional and psychological toll of this betrayal is profound and ongoing.

I urge the court to recognize the full extent of the damage Alex Mashinsky has caused. His actions were not a simple business failure—they were calculated lies that ruined lives. He must be held accountable not only for the crimes committed, but for the very human devastation left in their wake.

Sincerely,
Geoffrey Cirkel

| Date: | Fri, 25 Apr 2025 6:21:37 PM (UTC) |
|---|---|
| Sent: | Fri, 25 Apr 2025 6:21:15 PM (UTC) |
| Subject: | [EXTERNAL] Victim impact statement. |
| From: | Jeff Duprex |
| To: | Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov>; |

I sent this letter to Wendy on April 19th. I'm resubmitting it with a few minor corrections, as I read that she has retired. I want to make sure my voice is being heard. Thank you.

Dear Honorable Judge Koeltl,

   I am a victim of the Celsius Network bankruptcy, caused by Alex Mashinsky's deliberate deception as CEO, which led to the company's collapse in 2022. I submit this victim impact statement to convey the profound financial, emotional, and physical toll his actions have inflicted on my life, and to urge the Court to consider the severity of his conduct during his sentencing.

 Before the collapse, I was a very happy person, having invested my 194 Bitcoin and 1,054 Ethereum with Celsius, assets that I worked tirelessly to accumulate over many years beginning in 2014, taking great pride in reaching over 1,000 Ethereum. Doing things like working nightclub security for a extra $80 a night in 2014. Taking my $80 to Brooklyn's Coin Cafe and buying $80 worth of Bitcoin the next morning. In 2021, I was planning my retirement, touring $5,000,000 homes in Miami, Florida. Today, I am barely surviving. The bankruptcy decimated my savings, leaving me with only 0.8 Bitcoin and 700 Ethereum returned in 2024, most of which I've had to sell. Today my holdings would be worth nearly $20,000,000, but instead now I am forced to consider selling my Celsius stub claim for a small percentage of its value to finally escape this 1,000+ day nightmare.

 Mashinsky's betrayal was personal. In 2021, I attended a Celsius meetup in New York City, traveling from New Jersey after regulators issued a cease & desist order to Celsius. Expecting answers to the NJ Cease & Desist order, I found a party atmosphere. I made my way over and shook Mashinsky's hand, identified myself as a top 20 customer with "all my crypto" on the platform, and asked him about the NJ Stop & Desist order. He dismissed my concerns, confirming I was an accredited investor and saying, "Don't worry about it, keep collecting that weekly yield," urging me to "grab some swag on the way out." I left with two Celsius tote bags, reassured, unaware of the devastation to come. That face to face lie haunts me daily.

His deception persisted through weekly Ask Mashinsky Anything videos, where he falsely claimed Celsius had liquidity to pay everyone back. Days after a Celsius VIP sent a "Damn the torpedoes" bulletin, lies to deter any withdrawals, withdrawals were paused, trapping my assets on the platform, the beginning of the end of my once happy life. Mashinsky's refusal to apologize, his divisive Twitter Spaces brief appearances, and his wife's cruel sale of "UNBANKRUPT YOURSELF" T-shirts, mocking Celsius's "unbank yourself" slogan added unbearable mental torture. Watching his partner, Nuke Goldstein, move his Ethereum freely on the blockchain while proclaiming his innocence. Meanwhile my 1,054 Ethereum remained locked deepened my despair. The bankruptcy process itself was another betrayal. Lawyers and advisers, descending like vultures, charged over $144 million in fees, with firms like Kirkland & Ellis billing up to $5.6 million monthly, all drawn from victims' crypto assets. These exorbitant fees, legally siphoning what little remained, felt like being robbed again, compounding the injustice of Mashinsky's fraud.

 With no bankruptcy experience, I was unprepared for the chaos, creditors fighting, endless uncertainty that broke me down mentally. This anguish triggered severe post-traumatic stress disorder (PTSD) and chronic pain I never had before, worsening my health as a two time kidney transplant patient and survivor, (1990 & 2009). I've gone from laughing daily to living in darkness and being bitter. Without my two senior dogs, Bessie & Prince, who saw me through this 1000+ days of hell. Whom I adore and take great care of, I might not even be here still, I may not have even made it this far.

 Holding 23,000 illiquid Ionic shares, tied to the bankruptcy, and enduring relentless creditor fighting on X, often over losses far smaller than mine, has pushed me to consider selling my shares for just $5 each to escape the added mental burden.

 Mashinsky's actions were a calculated betrayal, destroying so many lives. At 55, in now poor health mentally and physically, I am forced to try and rebuild from nothing, my health and retirement dreams shattered. I respectfully ask the Court to hold Alex Mashinsky accountable for the immense harm he caused. A strong sentence would affirm that such deceit and indifference are unacceptable and offer justice to victims still

suffering.

Thank you for considering my statement and for giving voice to those devastated by Alex Mashinsky's actions.

Sincerely,

Jeffrey Paul Duprex

| | |
|---|---|
| **Date:** | Fri, 25 Apr 2025 2:05:59 AM (UTC) |
| **Sent:** | Fri, 25 Apr 2025 2:05:40 AM (UTC) |
| **Subject:** | [EXTERNAL] Celsius victim |
| **From:** | Joe |
| **To:** | Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov >; |

I had a plan to change the trajectory of mine and my daughter's life. A plan that would allow for me to be able to spend more of her and actually live our lives together instead of always being stuck working to provide for her. I refinanced my house and took all of the equity from the last ten years of good decisions and bought Bitcoin with it. Some would say this was a risky decision, but as things are today the only problem that was wrong with my plan was Alex Mashinsky. As I watched his live streams weekly I became reassured that if someone was saying the things he said from the position he was in that surely he could not be lying to us due to the extreme consequences the law would have for him if he wasn't telling us the truth about the state of his company and what was being done with our money. Hundreds of live streams, fights with whistle blowers on Twitter, all dismissed due to my reasoning that surely if someone was using the language he was and not being forth coming that it would have serious consequences that he would not want to face. If I would have not been brainwashed into thinking that his platform was entirely safe and the future of finance by him mine and my daughter's lives would be entirely different right now. Please do not let this man's victims not see the justice they deserve. He took my family's life savings and threw it into the air and even used it to provide himself with defense. This man deserves to be prosecuted to the full extent of the law and his victims deserve justice from the American court system. Please give him the maximum sentence possible for taking away something much more valuable than money from me. His blatant lies being masqueraded as "puffery..." Completely changed and ruined the trajectory of mine and my daughter's lives. This man deserves to be prosecuted to the full extent of the law.

Thank you for bringing justice to my family and the other victims as well.
Joseph Forcucci

| Date: | Sun, 27 Apr 2025 8:36:23 PM (UTC) |
|---|---|
| Sent: | Sun, 27 Apr 2025 8:36:05 PM (UTC) |
| Subject: | [EXTERNAL] Re: Victim Impact Statement - Celsius Network Bankruptcy and Fraudulent Actions of Alex Mashinsky |
| From: | ███████████████ |
| To: | Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov >; |

Dear Valeen Defendre,

I previously submitted my victim impact statement regarding the case *United States v. Alex Mashinsky (1:23-cr-00347)* by email on 01/30/2025, but I understand that the person I initially contacted is no longer handling the matter.

I am forwarding my original statement here to ensure it has been received and is considered for sentencing.

Thank you very much for your time and attention.

ROMUALD PIERRE FRANCOIS TENDILLE 4 rue des ecoles Polignac, 43000 France

Le 30/01/2025 à 13:41, ███████████████ a écrit :

Dear Honorable Judge,

I am writing to express the profound impact that both the Celsius Network bankruptcy and the fraudulent actions of its former CEO, Alex Mashinsky, have had on my life. As a resident of France, the distance and legal complexities have compounded my distress, but it is the betrayal by Mr. Mashinsky that has truly shaken my trust in the financial systems I once believed in.

Since learning about Mr. Mashinsky's guilty plea to commodities and securities fraud, I have been overwhelmed by feelings of moral panic and anxiety. His actions, which included manipulating the price of Celsius's proprietary crypto token, CEL, while secretly selling his own at inflated prices, have directly led to my financial losses and emotional turmoil. This fraud has not only cost me financially but has also instilled a deep sense of betrayal and insecurity about my investments.

The effort required to understand the U.S. bankruptcy process from abroad has been immense. I have spent countless hours trying to follow the updates, translating legal documents, and engaging with legal professionals to grasp the implications of this situation. This has taken a toll on my mental health, leading to sleepless nights and constant worry, which has affected my work, my relationships, and my overall quality of life.

Living so far from where these events unfolded, I have felt particularly helpless, unable to directly engage with the legal proceedings or protect my interests effectively. The fraudulent schemes orchestrated by Alex Mashinsky have not only caused financial harm but have also deeply impacted my sense of security and trust in financial systems.

I hope that through this process, some form of restitution can be provided to address not just the financial losses but also to acknowledge the emotional and psychological damage inflicted by Mr. Mashinsky's actions. I seek justice not only for the recovery of my assets but also for the peace of mind that has been so severely disrupted.

Thank you for considering my situation in the context of this bankruptcy case and the criminal actions of Alex Mashinsky.

Sincerely,

ROMUALD PIERRE FRANCOIS TENDILLE

A creditor.

**From:**         I K
**Sent:**         Monday, April 28, 2025 3:31 AM
**To:**           Defendre, Valeen (USANYS)
**Subject:**      [EXTERNAL] Fwd: Impact letter - Alex Mashinsky Victim Impact Statement

Dear judge and jury,

Like many other victims, I was deceived by the misleading promises and lies from Alex Mashinsky about Celsius and its safety. In his weekly Ask Me Anything (AMA) YouTube videos Mr. Mashinsky said Celsius is safer than a bank and Celsius cannot have a bank run which traditional banks can be subject to. Alex Mashinsky promised the safest place to hold crypt and was wearing a T-shirt with text "Banks are not your friends" and the catchphrase of Celsius was "Unbank Yourself". Investors were promised that they can withdraw funds at any time. Mr. Mashinsky has lied about fundamental aspects of the business and how investor funds would be used by Celsius. In reality Mr. Mashinsky made risky investments with investor funds and Celsius was never safer than a traditional bank. Even when Celsius was in trouble, Mr. Mashinsky still assured that everything was good and there was no need to worry.

I had converted all my savings of 20 years into cryptocurrency and had 130 BTC, 763 ETH and 4,757 LINK plus some other cryptocurrencies in Celsius. In today's market value it's $15,925,262 USD. That makes me one of the largest Celsius investors. I also had taken $2.2 million USDT in loans from Celsius backed by $8.8 million USD equivalent of my funds. My loans were 25% of my deposit (25% Loan To Value ratio). The collateral was 400% of the loan amount.

In June 2022 Celsius blocked all withdrawals. A week later Celsius was sending me margin calls for my loans because the price of BTC was down and my loan's 25% LTV ratio was now 65%. Celsius asked me to deposit more funds to avoid being liquidated but at the same time said any new funds transferred to Celsius at this point could be irrecoverable since withdrawals were stopped. They wanted me to add 188 BTC and 1,352 ETH (see sample screenshots below).

If I don't add more funds to Celsius then my cryptocurrency deposit would be liquidated. But if I send more funds then I might never get these funds back. Even if I repaid my loan then my collateral wouldn't be returned to me. I decided not to send more funds to a bankrupt company so Celsius liquidated most of my loans by forcefully selling my crypto at low prices. Also they charged a 3% fee of $54,083 USD on top of liquidations. I believe Celsius illegally liquidated my cryptocurrency by putting me in an unreasonable situation. In the end I received back less than 6 BTC and 82 ETH from the bankruptcy proceeds. That is less than 5% of my original Bitcoin holdings I had in Celsius.

Over the past two years I have been seriously depressed and unmotivated. I get angry easily and my relationships with my close ones have been suffering. Fraud caused by Alex Mashinsky is still giving me enormous emotional stress and in the last 900 days there has not been a single day when I hadn't thought about this tragedy. Even when I try to forget this incident, every week I hear news about Bitcoin making new all time highs and that only makes my pain harder. These days I have difficulties trusting people and I find it hard to enjoy life. Alex Mashinsky has robbed more than $15 million USD from me and should be punished appropriately. I recommend sentencing him 30 years in prison. I learned that Alex Mashinsky had hugely profited from Celsius bankruptcy and Mr. Mashinsky has admitted that he is

1

willing to do what possible to make things right. I believe Mr. Mashinsky's personal funds should be distributed between his victims.

My brother and mother were also victims of Alex Mashinsky. My brother was saving up to buy a house and move out of an apartment with his two daughters, he lost most of his savings and is still living in that apartment 2.5 years later. My mother has been a teacher for 40 years who just retired. She also lost the majority of her savings due to fraud orchestrated by Alex Mashinsky.

I hope the court takes my statement seriously while deciding the rightful punishment for Mr. Mashinsky.

Thank you for your attention,

Sincerely,
Ivari Kuuse
2025-01-20

Loan numbers 46066, 50304, 81294, 95811, 111278, 111271

| | | | | |
|---|---|---|---|---|
| Operation Cost | Liquidated | Jun 19, 2022 \| 10:45 AM | -1.060363 BTC | -$19,516.41 |
| Loan Interest Liquidation | Liquidated | Jun 19, 2022 \| 10:45 AM | -0.029724 BTC | -$547.09 |
| Loan Principal Liquidation | Liquidated | Jun 19, 2022 \| 10:45 AM | -35.315741 BTC | -$650,000 |
| Loan Collateral | Released | Jun 19, 2022 \| 10:45 AM | 44.304336 BTC | +$815,438.59 |
| Operation Cost | Liquidated | Jun 19, 2022 \| 10:42 AM | -0.492698 BTC | -$9,007.57 |
| Loan Interest Liquidation | Liquidated | Jun 19, 2022 \| 10:42 AM | -0.013811 BTC | -$252.60 |
| Loan Principal Liquidation | Liquidated | Jun 19, 2022 \| 10:42 AM | -16.409471 BTC | -$300,000 |
| Loan Collateral | Released | Jun 19, 2022 \| 10:42 AM | 20.457916 BTC | +$374,014.17 |
| Operation Cost | Liquidated | Jun 18, 2022 \| 03:47 PM | -0.312547 BTC | -$6,010.13 |
| Loan Interest Liquidation | Liquidated | Jun 18, 2022 \| 03:47 PM | -0.017571 BTC | -$337.90 |
| Loan Principal Liquidation | Liquidated | Jun 18, 2022 \| 03:47 PM | -10.400670 BTC | -$200,000 |
| Loan Collateral | Released | Jun 18 2022 \| 03:47 PM | 12.703857 BTC | +$244 289.20 |

**Due Date:**                June 14, 2022 7:54 AM (UTC)

**Collateral Amount Due:**           1,352.12983879 ETH

*\* The amount is an estimate and may fluctuate based on the actual value at the
time the digital currency is locked.*

**Loan Number:**                            81294

**Loan Amount:**                 650,000 USDT ERC20

**APR:**                                    1.00%

**Origination Date:**         October 12, 2021 4:54 PM

**Maturity Date:**              April 5, 2023 12:00 AM

**Current Collateral Balance:**         759.51749296 ETH

**Contract LTV:**                          25.00%

**Current LTV:**                           69.71%

**Due Date:**                              June 14, 2022 11:12 PM (UTC)

**Collateral Amount Due:**                 72.35516582 BTC

*\* The amount is an estimate and may fluctuate based on the actual value at the time the digital currency is locked.*

**Loan Number:**                           111278

**Loan Amount:**                           650,000 USDT ERC20

**APR:**                                   1.00%

**Origination Date:**                      December 9, 2021 2:47 PM

**Maturity Date:**                         June 2, 2023 12:00 AM

**Current Collateral Balance:**            44.30433671 BTC

**Contract LTV:**                          25.00%

**Current LTV:**                           65.64%

**Liquidation Details:**

| Loan Liquidation Date | Sun Jun 19 2022 |
|---|---|
| USD Value of Total Collateral Liquidated | 670,063.50 |
| USD Value of Outstanding Principal Amount Collected | 650,000.00 |
| USD Value of Outstanding Interest Collected[1] | 547.09 |
| USD Value of Oustanding Costs and Expenses (not to exceed 3% of the fiat value of the assets liquidated for fees and expenses incurred in connection with liquidation) | 19,516.41 |
| Total Collateral Deduction (quantity) | 36.405830178007637981 |
| Collateral Balance Returned (quantity) | 7.898506534951380508 |
| Spot Price at Time of Liquidation | 18,405.39 |

| Date: | Mon, 28 Apr 2025 1:34:46 PM (UTC) |
|---|---|
| Sent: | Mon, 28 Apr 2025 1:34:27 PM (UTC) |
| Subject: | [EXTERNAL] Victim Impact Statement from Kuwait- Celsius Network fraud |
| From: | Rejoy Kelamparambil ████████████████ |
| To: | Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov >; |

Dear Valeen,

My name is Rejoy Varghese, an Indian citizen working diligently in Kuwait to provide a better future for my family. I stand before you today as one of the many victims of the fraudulent actions of Alexander Mashinsky and the collapse of Celsius Network. The devastating loss I have suffered—four plus Bitcoins and many altcoins, the entirety of my life savings—has not only shattered my financial stability but has also deeply wounded my family and my sense of self. I share this statement to express the profound impact this fraud has had on my life and to seek justice for the pain inflicted on me and countless others.

For years, I worked tirelessly to save for my four children's education, dreaming of giving them opportunities I never had. Those four Bitcoins represented years of sacrifice, long hours, and unwavering commitment to my family's future. They were not just numbers on a screen; they were my hope, my promise to my children that they could pursue their dreams without the burdens I faced. When I entrusted my savings to Celsius, I did so with trust and optimism, believing in the vision Alexander Mashinsky presented. His polished monthly meetings, where he featured his own wife and child, painted a picture of a family man who understood the importance of security and trust. His promises of a safe, innovative platform seemed flawless in theory, and I believed he would honor his word. But that trust was betrayed. Greed corrupted his vision, and he unjustly enriched himself at the expense of hardworking people like me.

The loss of my savings has been catastrophic. Financially, I am struggling to meet my family's basic needs, let alone rebuild the future I had planned for my children. The weight of this loss is compounded by the emotional toll it has taken. My children, once full of pride in their father, now look at me with disappointment, blaming me for trusting Celsius. My wife, my partner through life's challenges, struggles to hide her frustration and fear for our future. I have lost face in their eyes, and that pain cuts deeper than any financial loss. I carry the guilt of this decision every day, replaying the moment I chose to believe in Mashinsky's lies. My confidence, my dignity, and my role as a provider have been shaken to the core.

This fraud has robbed me of more than money—it has stolen my peace of mind, my family's trust, and the dreams I worked so hard to build. While I know that no amount of justice can fully undo the damage, I ask that Alexander Mashinsky be held accountable for the devastation he has caused. His actions were not a mere misstep; they were a deliberate betrayal of the trust placed in him by thousands of people around the world, people like me who believed in his vision only to be left with nothing.

I hope my story conveys the human cost of this fraud—not just for me, but for the countless others who lost their savings, their security, and their hope. I respectfully ask that the court consider the gravity of this impact when determining the consequences for Mr. Mashinsky's actions. My family and I seek not only justice but also the chance to heal and rebuild, however long that journey may take.
Thank you for listening to my story.

Sincerely,
--
Rejoy Varghese
████████████████

**Date:** Tue, 29 Apr 2025 2:12:24 PM (UTC)

**Sent:** Tue, 29 Apr 2025 2:12:12 PM (UTC)

**Subject:** [EXTERNAL] Victim Impact Statement in Regard to the Sentencing of ALEXANDER MASHINSKY (Case 1:23-cr-00347-JGK)

**From:** Michael A. Rogawski ███████████

**To:** Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov >;

**To: Valeen Defendre, Victim Witness Coordinator, United States Attorney's Office, Southern District of New York**

I respectfully submit this statement in advance of the sentencing of Alexander Mashinsky, scheduled for May 8, 2025. I am making this statement voluntarily. I have not been in contact with anyone regarding the case. Specifically, I have never communicated with Alexander Mashinsky or any of his representatives, family or friends. I am only aware of the sentencing from public press reports. I will receive no personal benefit from this statement. This statement is made only out of compassion for Mr. Mashinsky.

I invested about $25,000 on the Celsius platform. My objective was to obtain an above market investment return. I was fully aware that my investment was high risk. I sustained a loss of between $2,000 to $2,500.

I believe that anyone investing on the Celsius platform should have known that doing so entailed high risk and that there was a potential for complete loss of any funds invested.

The Celsius platform functioned well. Funds submitted to the platform were accounted for properly. "Rewards" accrued as expected. Funds were disbursed upon request in an efficient and timely fashion.

I listened to hundreds of hours of YouTube videos in which Mr. Mashinsky solicited investors. Mr. Mashinsky was mostly silent on how returns (Rewards) were generated. He was mostly silent on the how funds are protected. Therefore, investors should have been aware, as I was, that the returns were not secured and that principal was at risk.

I believe that Mr. Mashinsky's sales pitches were obvious puffery no more egregious than the puffery used commonly in marketing. While Mr. Mashinsky made false statements on occasion, they were rare and not part of his routine solicitations to public investors. Only very rarely did he imply that returns were generated by secure lending and he did not discuss the risk controls. In listening to hundreds of hours of his solicitations, I do not recall Mr. Mashinsky soliciting purchase of CEL token. CEL token was available as a reward but I was fully aware of the risks and was not tempted to take rewards in CEL.

I respectfully submit that a sentence longer than two or three years would be morally indefensible and deeply unjust given the crimes committed by Mr. Mashinsky.

Sincerely,

/s/ Michael Rogawski

**Michael A. Rogawski**

██████████████████
██████████████████
██████████████████

| | |
|---|---|
| **Date:** | Wed, 30 Apr 2025 8:40:16 PM (UTC) |
| **Sent:** | Wed, 30 Apr 2025 8:39:48 PM (UTC) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - Alex Mashinsky - Celsius Network |
| **From:** | Thomas A. Hall <drdysan@me.com> |
| **To:** | Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov >; |
| **CC:** | Thomas A Hall ████████████████ |
| **Attachments:** | RE letter to Judge 08.05.2022.pdf |

Ms. Defendre, good afternoon.

My name is Thomas Hall and it is my understanding that victim impact statements should be directed to you in Wendy's place for the Alex Mashinsky sentencing on 5/8/25.

I have attached a personal letter sent to the original judge in this case; Hon Judge Glenn which was included in the official court docket.

Below is my impact statement from that letter.

Thank you.

RE: PERSONAL LETTER TO HONORABLE JUDGE MARTIN GLENN RE: CELSIUS NETWORK, LLC AND ALEX MASHINKY, ET., AL.


Thomas A. Hall

████████████████████


TO:

Honorable Judge Martin Glenn, United States Bankruptcy Court Southern District of New York

August 5th, 2022

Dear Honorable Judge Martin Glenn;

As I sit here behind my computer, I am almost at a loss for words due to the gross misrepresentation by Celsius Network LLC. In the past 6 weeks, the unexpected freeze of my accounts and subsequent filing of bankruptcy has disrupted both my and my family's life. The stress of this event on both myself, and my family is beyond words. I don't know how to express the guilt, the frustration, the shame, the self-doubt, and absolute anger that I am feeling regarding the burden I have caused and placed on my family

This is the 1st day in a week that I've been able to be in my home and sit in front of my computer to type out this letter. Because of the anxiety I am feeling over this event, I have become depressed, moody and have even been drinking in an attempt to decrease my stress. Last week my wife of 17 years asked me to leave our home due to my emotional turmoil and unpredictability. I have missed work this past week as I have ████████████████████████████████████████████████████████████████████████ How do I explain to my daughters that the financial nest egg that would have been their start to a better future is now "frozen", and we may never see those assets again. How do I possibly rebuild that nest egg now? Most importantly, how do I begin the healing process with my wife and my daughters over this?

The filing by Celsius Network, LLC for chapter 11 bankruptcy protection, the freezing of my family's crypto assets and all creditor deposits, and what I believe has been the commitment of fraud, gross misrepresentation, and a potential Ponzi Scheme orchestrated by Alex Mashinsky and the rest of the Executive Leadership Team of Celsius Network, LLC has been absolutely devastating to myself and my family and our combined mental well-being.

I believe what may have started out as a noble and just mission - to bank the more than 2 billion unbanked, and to provide individual financial sovereignty, ultimately turned out to be nothing more than an orchestrated Ponzi Scheme by Alex Mashinsky, and Celsius Network, LLC. This company and their officers knowingly misrepresented their financial programs as a safe alternative to a bank account.  This clearly was far from the safe haven it was promised to be.

1)  I sent a formal and certified demand letter to Celsius Network, LLC on June 16th, four days after they froze all accounts and nearly a month prior to them filing for Chapter 11 Bankruptcy with no response from Alex Mashinsky, or Celsius Network, LLC.

2)  I recently traveled to Las Vegas, Nevada where I met with Alex and part of his team during a Meet Up event. I trusted Alex, his leadership team; and Celsius Network, LLC to safeguard my crypto assets just like he had proclaimed to be doing at of his weekly virtual AMA session. As a former Celsius Ambassador, I feel lied to, betrayed and defrauded.

3)  At the time of account "seizure" I had crypto assets in both my Custody Account and my Earn Account on Celsius Network, LLC.

I implore you Judge Glenn to work with all parties as expediently as possible to help find the best possible outcome for this, so that I, my family, and all Celsius depositors/creditors may receive the highest percentage of our assets back so we can begin the healing and rebuilding process and to give consideration for those of us who held crypto assets in a Custody Acct. with Celsius.

Sincerely,

Thomas A. Hall

| Date: | Thu, 1 May 2025 5:29:38 AM (UTC) |
|---|---|
| Sent: | Thu, 1 May 2025 5:29:12 AM (UTC) |
| Subject: | [EXTERNAL] Chase Rubin - Victim Statement |
| From: | Chase Rubin ███████████████████ |
| To: | Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov >; |
| Attachments: | Chase Rubin - Victim Statement on Alexander Mashinsky.pdf |

Hi Valeen,
Here is my victim statement regarding the sentencing of Alexander Mashinsky on May 8th.
Victims of Alex Mshinsky deserve justice!
Thank you!
--

**Chase Rubin**

May 1, 2025

**Honorable Judge John G. Koeltl**
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Dear Judge Koeltl**

My name is **Chase Rubin**, a victim of Celsius Network. I had six figures deposited on Celsius Network. **Alex Mashinsky** has done severe financial damage to my family**.** I led my brother to convert his life savings into USDC and deposit his funds into Celsius Network. Many years of our working life have been wasted due to **Alex Mashinsky**. For others who are at retirement age and entrusted their nest egg to **Alex Mashinsky** it is far worse.

In 2023 I set out to create a documentary on the disaster that is **Celsius Network**. I traveled through the U.S. Interviewing victims that were affected by **Alex Mashinskys** deception. The victims included everyday hard working people that worked their entire lives just to be scammed by **Alex Mashinsky.** The victims I interviewed include a school teacher, an esthetician, multiple small business owners and retirees. These people, including my family deserve justice.

Sincerely,

**Chase Rubin**

| Date: | Thu, 1 May 2025 2:12:43 AM (UTC) |
|---|---|
| Sent: | Thu, 1 May 2025 2:12:16 AM (UTC) |
| Subject: | [EXTERNAL] Victim Impact Statement Submission – United States v. Alexander Mashinsky, Case No. 1:23-cr-00347 (S.D.N.Y.) |
| From: | Shawn McCastle, Ph.D. ███████████████████ |
| To: | Defendre, Valeen (USANYS) <Valeen.Defendre@usdoj.gov >; |
| Attachments: | Victim Impact - Letter - McCastle.pdf |

Dear Ms. Defendre,

I hope this message finds you well. My name is Shawn McCastle, and I am writing to submit a victim impact statement related to the upcoming sentencing in United States v. Alexander Mashinsky, Case No. 1:23-cr-00347, currently pending before the Honorable Judge John G. Koeltl in the Southern District of New York.

Attached to this email is my signed letter detailing the financial and emotional harm I experienced as a result of Mr. Mashinsky's actions through the Celsius Network. I respectfully request that this statement be included in the official record and submitted to the Court for consideration during sentencing.

Please confirm receipt of this message, and let me know if there are any additional requirements or steps I should take to ensure that my statement is properly included in the case file.

Thank you in advance for your time and assistance.

Respectfully,

Shawn McCastle, Ph.D.
Management Scholar | Organizational Consultant | Executive Coach
Ph.D. in Management | MBA | M.S. in Industrial-Organizational Psychology

Email: ████████████████████
Website: ████████████████████
Cell: ██████████████
Cell: ██████████████

████████████████████████
████████████████████████
████████████████████████

April 30, 2025

The Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Sentencing Recommendation – United States v. Alexander Mashinsky, 1:23-cr-00347 (S.D.N.Y.)**

Dear Judge Koeltl,

*There are moments in history that become inflection points—shattering trust, unraveling stability, and altering the course of entire industries. The collapse of Celsius Network, masterminded by Alexander Mashinsky, was such a moment for the world of cryptocurrency.*

Before FTX crumbled, before Voyager, BlockFi, and others succumbed to insolvency, Celsius was the first domino. But this was no accident. It was engineered. Mr. Mashinsky did not simply preside over a failed business model; he orchestrated a multibillion-dollar deception, manipulating public trust while enriching himself behind closed doors.

He is, in every meaningful way, the Bernard Madoff of the cryptocurrency era. His crimes mirror the very same hallmarks: deliberate concealment, systemic manipulation, and utter disregard for the livelihoods he destroyed. Like Madoff, Mashinsky weaponized trust. He used his charisma, accessibility, and reputation to lure unsuspecting investors into what they believed was a safe, transparent platform. Instead, he operated Celsius as a high-stakes Ponzi-like scheme— borrowing from new deposits, misrepresenting the company's finances, and lying to the very people who made his platform possible.

I was one of those people. I didn't leverage or borrow. I simply deposited my cryptocurrency assets on the Celsius platform, trusting in the words and promises Mr. Mashinsky made time and again. When the collapse occurred, I was locked out of my own funds. Communication ceased. A man who once appeared weekly on live chats and Q&A sessions disappeared without accountability. The shock was more than financial. It was emotional. I lost not only funds, but peace of mind. Confidence in the broader crypto ecosystem was instantly fractured—and for many of us, irreparably so.

And the consequences didn't stop there.

*The collapse of Celsius wasn't just a company failure—it was a Lehman Brothers moment for digital assets.* It sent a shudder across the entire cryptocurrency sector. Once Celsius imploded, contagion spread. Retail investors, institutions, and market participants across the globe panicked. The entire ecosystem reeled from the shockwaves. Platforms failed. Tokens plummeted. Trust dissolved.

According to the U.S. Department of Justice:

> **"Mashinsky repeatedly and brazenly lied to customers about key aspects of the Celsius business to artificially inflate the value of Celsius's proprietary token, CEL, and to induce customers to continue to invest in the platform."**
>
> — <u>DOJ Press Release, July 13, 2023</u>

These weren't one-off decisions or negligent missteps. This was a calculated and deliberate scheme. He exploited market enthusiasm, preyed on the psychological vulnerability of everyday people seeking financial autonomy, and then concealed the true state of his empire while continuing to solicit funds. The manipulation of CEL tokens for personal profit was a brazen act of greed—designed to enrich Mashinsky while falsely signaling strength to the public.

Mr. Mashinsky has now pleaded guilty to one count of commodities fraud and one count of securities fraud, both in connection with two distinct fraudulent schemes that betrayed the very foundation of trust and transparency he once claimed to champion. These admissions reflect the breadth of the devastation he caused—through willful deception, systematic dishonesty, and calculated abuse of investor confidence.

Before the Court accepted this guilty plea, as required by law, it would have had to ensure that Mr. Mashinsky entered into the plea knowingly, voluntarily, and without coercion—that he fully comprehended the nature and consequences of the agreement. This standard of informed, unpressured decision-making is more than procedural formality—it is foundational to due process. Yet, the irony is staggering: this very level of psychological clarity, self-determination, and free consent is precisely what Mr. Mashinsky systematically denied to the public. He exploited the same cognitive and emotional trust mechanisms the law seeks to protect in a defendant—using financial jargon, public accessibility, and pseudo-transparency to lead thousands into psychological traps masked as opportunity. Where the Court demanded Mashinsky be fully aware and unmanipulated, he made his fortune by ensuring his victims were the exact opposite: misled, disarmed, and psychologically overpowered.

Beyond individual losses, his actions sent entire communities into financial disarray. People lost homes, retirement funds, and life savings. Marriages strained. Mental health declined. Families who once hoped to build generational wealth were instead left with nothing but unanswered questions and irreversible consequences. The industry itself staggered. Small businesses built on blockchain innovation crumbled overnight. What Mashinsky shattered wasn't just a balance sheet—it was the fragile infrastructure of financial hope for millions. His deceit, amplified by his influence, created an earthquake whose aftershocks continue to ripple across a still-fragile market.

Even the bankruptcy proceedings, which offered minimal partial reimbursements, could not make victims whole. The trauma lingers. The damage is lasting. And justice must be equally enduring.

For these reasons, I respectfully urge the Court to impose the maximum sentence allowed under federal law for the crimes to which Mr. Mashinsky has pleaded guilty. This is not merely about individual punishment—it is about collective accountability. It is about sending a message to the marketplace that trust is sacred, deception will be crushed, and fraud—no matter how dressed in innovation—will never escape the reach of justice.

Mashinsky's crimes demand more than accountability—they demand a reckoning.

Respectfully,

*Shawn Anthony McCastle*

Shawn Anthony McCastle, Ph.D.