

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 10, 2025

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Roni Cohen-Pavon*, 23 Cr. 347 (JGK)

Dear Judge Koeltl:

The Court previously set a sentencing date of December 17, 2025 for the sentencing of defendant Roni Cohen-Pavon. We have learned that due to an administrative oversight, the Probation Office does not expect the final presentence report for the defendant to be available until late February, 2026. Accordingly, the parties jointly request that the defendant's sentencing be adjourned to April 16, 2026 at 11:30 a.m., when we understand the Court has availability. Mr. Cohen-Pavon's counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Adam S. Hobson
Allison Nichols
Peter J. Davis
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2484/2366

Cc:     Jeffrey Brown, Esq., (by ECF)