UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- x

        :

UNITED STATES OF AMERICA

        :

    - v. -

        :

RONI COHEN-PAVON,

        :

        Defendant.

        :

-------------------------------------- x

**CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT**

23 Cr. 347 (JGK)

WHEREAS, on or about July 11, 2023, RONI COHEN-PAVON (the "Defendant"), and another, was charged in four counts of a seven-count Indictment, 23 Cr. 347 (JGK) (the "Indictment"), with, *inter alia*, conspiracy, in violation of Title 18, United States Code, Section 371 (Count Four), securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Section 2 (Count Five); market manipulation, in violation of Title 15, United States Code, Sections 78j(b) and 78ff; and Title 18, United States Code, Section 2 (Count Six); and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Seven);

WHEREAS, the Indictment included a forfeiture allegation as to Counts Four through Seven of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission the offenses charged in Counts Four through Seven of the Indictment, including but not limited to a sum of money in United States currency, representing the proceeds traceable to the commission of the offense charged in Counts Four through Seven of the Indictment;

WHEREAS, on or about September 13, 2023, the Defendant pled guilty to Counts Four through Seven of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts Four through Seven of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal in United States currency, representing proceeds traceable to the commission of Counts Four through Seven (the "Money Judgment");

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $1,070,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Counts Four through Seven of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Four through Seven of the Indictment that the Defendant personally obtained, with the exception of the Specific Properties, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys Peter J. Davis and Allison Nichols, of counsel, and the Defendant and his counsel, Jeffrey Brown, Esq., that:

1.    As a result of the offenses charged in Counts Four through Seven of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $1,070,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts Four through Seven of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant RONI COHEN-PAVON, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Upon receipt of satisfactory documentation provided by the Defendant to the Government, the Government shall credit against the Money Judgment (i) any payments that Defendant makes to the Litigation Trustee in connection with *In re Celsius Network LLC, et al.*, Dkt. No. 22-10964 (MG) (Bankr. S.D.N.Y.)(the "Bankruptcy Action"), and (ii) any sums of money or cryptocurrency that Defendant had on the Celsius platform at the commencement of Bankruptcy Action that the Defendant, formally and in writing in the Bankruptcy Action, releases any ownership interest in.

6.      Subject to the terms set forth above in paragraph 5, pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

7.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

8.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

9.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  _____          5/12/2026
    PETER J. DAVIS                            _____
    ALLISON NICHOLS                           DATE
    Assistant United States Attorneys
    26 Federal Plaza
    New York, NY 10278
    (212) 637-2468 / 2366


RONI COHEN-PAVON

By:  _____          5/12/2026
    RONI COHEN-PAVON                          DATE

By:  _____          5-12-2026
    JEFFREY BROWN, Esq.                       DATE
    Dechert LLP
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036


SO ORDERED:

_____               5/13/26
HONORABLE JOHN G. KOELTL                      DATE
UNITED STATES DISTRICT JUDGE