**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

Plaintiff,

-v.-

RONI COHEN-PAVON,

Defendant.

No. 1:23-cr-00347-JGK

[PROPOSED] ORDER

JOHN KOELTL, District Judge:

Upon Defendant Roni Cohen-Pavon's unopposed motion, and pursuant to Fed. R. Crim. P. 46(g), it is hereby ORDERED that:

1. The personal recognizance bond is exonerated in full. All sureties are released from their obligations, and all property-based securities posted in connection with the bond are discharged.
2. The Clerk of Court is directed to apply Mr. Cohen-Pavon's $10,000 cash bail previously posted in this matter toward the outstanding fine and mandatory special assessment imposed at sentencing.
3. The Government shall execute or provide any documents reasonably necessary to release and lift liens/encumbrances recorded against the North Johnson Street and Altgeld Street properties in connection with Mr. Cohen-Pavon's bond.

Dated: July 9, 2026
New York, New York

JOHN G. KOELTL
United States District Judge